United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2504

_____

| | | |
|---|---|---|
| John C. Perry, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Ford Motor Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 16, 1998
Filed: February 3, 1998

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

John C. Perry sued Ford Motor Company, alleging race and disability discrimination. The District Court[1] granted Ford's motion for summary judgment. Perry appeals.

Having reviewed the case, we conclude that the District Court was correct in granting summary judgment for Ford and that this appeal presented no issues

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

warranting extended discussion.  The judgment of the District Court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.